IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HILARIO LEOS,

    Plaintiff,

v.                                                                                  No. CV 21-124 GBW/CG

UNITED STATES OF AMERICA, et al.,

    Defendants.

### ORDER EXTENDING DEFENDANT'S TIME TO ANSWER

**THIS MATTER** is before the Court on Defendant United States' *Unopposed Motion for Extension of Time to Answer the Complaint* (the "Motion"), (Doc. 8), filed April 28, 2021. In the Motion, Defendant requests an additional thirty days to respond to the Complaint, (Doc. 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's response to Plaintiff's Complaint is due **June 2, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE