IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HILARIO LEOS,

    Plaintiff,

v.                                                                    No. CV 21-124 GBW/CG

UNITED STATES OF AMERICA, et al.,

    Defendants.

## ORDER EXTENDING DEFENDANT'S TIME TO ANSWER

**THIS MATTER** is before the Court on Defendant United States' *Unopposed Motion for Extension of Time to Answer the Complaint* (the "Motion"), (Doc. 12), filed July 2, 2021. In the Motion, Defendant requests an additional fourteen days to respond to the Complaint, explaining that "[t]he parties have executed a settlement agreement, and Defendant United States expects the payment to be sent to Plaintiff shortly[.]" *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's response to Plaintiff's Complaint is due **July 16, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE